UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PAMELA MONTGOMERY, on behalf of
Herself and for the Benefit of All with the
Common or General Interest, Any Persons
Injured, and All Others Similarly Situated,

          Plaintiffs,

v.           Case No. 1:12-CV-00149

KRAFT FOODS GLOBAL, INC.,       HON. GORDON J. QUIST
a Delaware Corporation; and
STARBUCKS CORPORATION,
a Washington Corporation,

          Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTIONS (1) TO DELAY RULING
ON MOTION FOR DETERMINATION OF AMOUNT OF ATTORNEY
FEES AND COSTS; (2) TO COMPEL ATTORNEY FEE RECORDS; AND
(3) TO CONDUCT EVIDENTIARY HEARING ON DEFENDANT'S OBJECTIONS
TO PLAINTIFF'S ATTORNEY FEES AND COSTS, AND GRANTING IN
PART PLAINTIFF'S REQUEST FOR ATTORNEY FEES AND COSTS**

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Delay Ruling on Motion for Determination of Amount of Attorney Fees and Costs (dkt. # 157), Plaintiff's Motion to Compel Attorney Fee Records (dkt. # 159), and Plaintiff's Motion to Conduct Evidentiary Hearing on Defendant's Objections to Plaintiff's Attorney Fees and Costs (dkt. # 161) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees and Costs (dkt. # 152) is **GRANTED IN PART**. Plaintiff is awarded attorney's fees in the amount of $6,417 and costs in the amount of $350.

A separate judgment consistent with Defendants' Rule 68 offer of judgment and this Order will enter.

This case is **concluded**.

Dated: March 2, 2015                       /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE