UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PAMELA MONTGOMERY, on behalf of
Herself and for the Benefit of All with the
Common or General Interest, Any Persons
Injured, and All Others Similarly Situated,

   Plaintiffs,

v.              Case No. 1:12-CV-00149

KRAFT FOODS GLOBAL, INC.,    HON. GORDON J. QUIST
a Delaware Corporation; and
STARBUCKS CORPORATION,
a Washington Corporation,

   Defendants.
_____/

## JUDGMENT

  Judgment is hereby entered in favor of Plaintiff and against Defendants in the amount of $250, plus attorney's fees and costs in the amount of $6,767.


Dated: March 2, 2015           /s/ Gordon J. Quist
                  GORDON J. QUIST
                 UNITED STATES DISTRICT JUDGE